OPINION — AG — **** CONSUMER CREDIT CODE — NOTIFICATION — FEES ***** WHERE THE CONSUMER CREDIT CODE BECAME EFFECTIVE ON JULY 1, 1969, AND SECTION 6-203 PROVIDES FOR COLLECTION OF NOTIFICATION FEES ON JANUARY 31, 1970, BASED ON UNPAID BALANCES MADE IN THE PRECEDING CALENDAR YEAR, THE ADMINISTRATOR MUST COLLECT SUCH NOTIFICATION FEES FOR ENTIRE CALENDAR YEAR WHEN NO PROVISION FOR PRORATION OF SUCH FEES HAS BEEN PROVIDED BY THE LEGISLATURE DUANE LOBAUGH